IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT JAMES CRENSHAW,        )
AIS # 188466,                 )
                              )
        Plaintiff,            )
                              )
    v.                        )        CASE NO. 2:25-CV-87-WKW
                              )                [WO]
DARRLY ELLIS, *et al.*,       )
                              )
        Defendants.           )

## ORDER

Plaintiff Robert James Crenshaw has filed a notice of appeal to the United States Court of Appeals for the Eleventh Circuit. (Doc. # 25.) Plaintiff's notice of appeal contains a motion to appoint counsel. (Doc. # 25 at 4.) "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *U.S. v. Hogan*, 181 F. App'x 803, 804 (11th Cir. 2006) (per curiam) (quoting *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)); *see also Shewchun v. U.S.*, 797 F.2d 941, 942 (11th Cir. 1986) ("It is the general rule of this Circuit that the filing of a timely and sufficient notice of appeal acts to divest the trial court of jurisdiction over the matters at issue in the appeal, except to the extent that the trial court must act in aid of the appeal.").

Because Plaintiff has filed a notice of appeal, this court no longer has jurisdiction to consider his motion to appoint counsel.  Accordingly, it is ORDERED that Plaintiff's motion to appoint counsel (Doc. # 25 at 4) is DENIED without prejudice with leave to renew in the appellate court.

DONE this 24th day of March, 2026.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE